**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Israel CERVANTES–PIMENTAL, aka
Jose Luis Madrigal, Defendant—
Appellant.**

No. 01–10528.
D.C. No. CR–01–00563–PGR–01.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002 *.

Decided June 18, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM **

Israel Cervantes–Pimental appeals his conviction, pursuant to a guilty plea, and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a) with a sentencing enhancement pursuant to 8 U.S.C. § 1326(b)(2).

Cervantes–Pimental's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Cervantes–Pimental has not filed a pro se supplemental brief.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and voluntary), we enforce the waiver, grant counsel's motion to withdraw, and dismiss the appeal.

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.